RICHARD L. ALBAN
P.O. Box 1059
Nampa, ID  83653
Tel. 208-466-6781
Fax  208-466-3529
e-mail dick@idahobk.com

Attorney for the debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| In re: | ) | Case No.  10-03486-TLM |
|  | ) |  |
| Martin Romero Mendoza | ) |  |
| Jeaneth A. Mendoza | ) | Chapter 7 |
|  | ) |  |
| Debtor(s) | ) |  |

MOTION FOR REMOVAL OF JUDGMENT LIEN

The debtors respectfully represent:

1.  The debtor resides at 128 NW 8th St., Ontario, OR 97914 more particularly described as follows: In Block 293: Lots 5, 6 and the South ½ Lot 4.

2.  Wells Fargo Bank, N.A. has a lien on said property in the amount of $5,469.00 plus interest by virtue of a judgment obtained against the debtor(s) and recorded in Malheur County, OR in case no. L 09-08-2797 on 11/20/09.

3.  The current balance owing at the time of filing to the best of the defendant's knowledge is $5,469.00.

4.  The above property has a fair market value of $55,000.00.

5.  The above property is subject to a deed of trust in favor of Wells Fargo Financial which secures an indebtedness which at time of the filing was approximately $65,290.40.

6.  The debtor(s) have claimed the above property as exempt pursuant to ORS §§ 18.395

18.402 and the existence of the judgment lien(s) impairs said exemption.

7.  At the time of the filing of the debtor(s)' petition herein the equity value of the above

property, not taking into consideration the judgment lien(s) set out above, was less than the

allowed exemption amount.

WHEREFORE, the debtor(s) move the court:

For an order voiding the above judgment lien(s) in the property described above pursuant

to Sec. 522(f) of the Bankruptcy Code.

DATED:  01/06/2011

/S/_____

Richard L. Alban,
Attorney for Debtor(s)