RICHARD L. ALBAN
P.O. Box 1059
Nampa, ID  83653
Tel. 208-466-6781
Fax  208-466-3529
e-mail  dick@idahobk.com

Attorney for the debtors

UNITED STATES BANKRUPTCY COURT

THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| In re: | ) | Case No.  10-03486-TLM |
|  | ) |  |
| Martin Romero Mendoza | ) |  |
|  Jeaneth A. Mendoza | ) | Chapter 7 |
|  | ) |  |
| Debtor(s) | ) |  |
| _____ | ) |  |

NOTICE OF MOTION FOR REMOVAL OF JUDGMENT LIEN AND OPPORTUNITY TO

OBJECT AND FOR A HEARING

TO:  Wells Fargo Bank, N.A.

   YOU ARE HEREBY NOTIFIED that the above named debtor(s) filed in the above Court a motion to avoid liens held by you, in the property of the debtor(s).  A copy of said motion is enclosed with this Notice along with a proposed order.

No Objection. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within [ 14 ] days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no

opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>. The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

DATED:  01/6/2011

/S/_____

Richard L. Alban,
Attorney for Debtor(s)