RICHARD L. ALBAN
P.O. Box 1059
Nampa, ID 83653
Tel. 208-466-6781
Fax 208-466-3529
e-mail dick@idahobk.com

Attorney for the debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.  10-03486-TLM |
| Martin Romero Mendoza | ) | |
| Jeaneth A. Mendoza | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on 3/25/11, I caused to be served a true and correct copy of the below indicated documents by the method indicated below and addressed to the following:

| DOCUMENT | NAMES & ADDRESS | METHOD |
|---|---|---|
| Motion for Removal of Judgment Lien & Notice of Opportunity to Object and For a Hearing | Wells Fargo Bank N.A.<br>John Stumpf, CEO<br>420 Montgomery St.<br>San Francisco, CA 94104 | _____ Certified<br> X   Mailed<br>_____ Fax |
| Trustee:  Richard E. Crawforth | |  X     ECF |
| US Trustee | |  X     ECF |

    /s/_____
        Sandra Laux, Assistant